UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM C. BOGAN,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>JEREMY BEAN, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:25-cv-01177-ART-DJA<br><br>DISMISSAL ORDER |

　　　*Pro se* Petitioner William C. Bogan commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and moving for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 3, 4.) On October 1, 2025, the Court denied Bogan's motion to proceed IFP and ordered him to pay the $5 filing fee within 30 days. (ECF No. 5.) Bogan was warned that "failure to do so may result in the dismissal of this action without prejudice and without further prior notice." (*Id.*) Bogan's 30-day deadline expired on October 31, 2025. To date, Bogan has not paid the $5 filing fee, requested an extension of time to do so, or taken any other action to prosecute this case.

　　　It is therefore ordered that the Petition (ECF No. 3) is dismissed without prejudice based upon Bogan's failure to pay the filing fee.

　　　It is further ordered that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

　　　It is further kindly ordered that the Clerk of Court (1) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (2) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.

1

1  notices of electronic filing, (3) enter final judgment, and (4) close this case.

2  DATED: November 20th, 2025

---

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE