UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM C. BOGAN,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 2:25-cv-01177-ART-DJA

ORDER

Petitioner William C. Bogan has filed an unopposed motion for a 90-day extension of time to file his amended petition. (ECF No. 18.) This is Bogan's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 18) is granted. Bogan has up to and including October 5, 2026, to file his amended petition.

Dated this 7th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1