UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM C. BOGAN,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 2:25-cv-01177-ART-DJA<br>ORDER |

Petitioner William C. Bogan has filed an unopposed motion for a 60-day extension of time to file his amended petition. (ECF No. 21.) This is Bogan's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 21) is granted. Bogan has up to and including December 7, 2026, to file his amended petition.

Dated this 7th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE